# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| RICIE LEE CLOY, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 14-0094-CG-N |
| TRACY GOLEMAN, | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 20, 2014, is **ADOPTED** as the opinion of this Court, and it is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and comply with the Court's orders.

**DONE and ORDERED** this 13th day of June, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE