# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| RICKIE LEE CLOY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 14-0094-CG-N |
| | ) |
| TRACY GOLEMAN, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED** and **DECREED** that this action be and is hereby **DISMISSED without prejudice** for failure to prosecute and comply with the Court's orders.

**DONE and ORDERED** this 13th day of June, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE